# Law Offices of Colin Mulholland

Employment and Civil Litigation

30-97 Steinway Street                                                                                Telephone: (347) 687-2019
Suite 301-A                                                                                       cmulhollandesq@gmail.com
Astoria, NY 11103

February 17th, 2022

Honorable John P. Cronan
United States District Judge
Thurgood Marshall
United States Courthouse
500 Pearl Street
New York, NY 10007

                            Re: Nicolas Marciale v. Two Marias Pizza Inc. Et al. 21-cv-10964 (JPC)

Your Honor,

       Defendant Maria Morillo contacted me the other day and wished to discuss settlement or otherwise discuss a resolution of this case. I would prefer to invite the Defendants to participate in the SDNY mediation program if they are amenable.

       However, the current deadline to move for default is February 25th, 2022 and I do not think the litigants will be able to resolve anything in that time frame.

       The undersigned would respectfully request that the Court hold the current deadlines pertaining to default in abeyance pending a status letter filed on or before March 4th, 2022.

Plaintiff's request is granted. Plaintiff shall file a letter by March 4, 2022 advising the Court regarding the status of this case. The February 25, 2022 deadline for Plaintiff to move for default judgment against Defendants and the April 26, 2022 hearing, Dkt. 16, is adjourned *sine die*.

In the event that the parties wish to be referred to the Court-annexed mediation program, Defendants must first appear in this case and the parties should make a joint request for the referral.

SO ORDERED.

Date:  February 17, 2022
         New York, New York

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
30-97 Steinway, Ste. 301-A
Astoria, New York 11103
Telephone: (347) 687-2019
*Attorney for Plaintiff*

                          JOHN P. CRONAN
                       Untied States District Judge