```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                        :
CELSO NICOLAS MARCIALE,                                 :
                                                        :
                                Plaintiff,              :
                                                        :       21 Civ. 10964 (JPC)
                -v-                                     :
                                                        :              ORDER
TWO MARIAS PIZZA INC. et al.,                           :
                                                        :
                                Defendants.             :
                                                        :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 23, 2022, Defendant Maria Morillo filed a Notice of *Pro Se* Appearance. Dkt. 36. The Court has been advised that Morillo also attempted to file Notices of *Pro Se* Appearance for the two corporate Defendants, Two Marias Pizza Inc. and 51 Columbia Pizza Inc. Two Marias Pizza Inc. and 51 Columbia Pizza Inc. are advised that a corporation may not proceed *pro se* and a failure to retain counsel to appear on their behalf in this case may result in a judgment of default being entered against those corporate Defendants. *See, e.g.*, *City of N.Y. v. Mickalis Pawn Shop, LLC*, 645 F.3d 114, 129-32 (2d Cir. 2011); *Eagle Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1310 (2d Cir. 1991); *McFarlane v. Harry's Nurses Registry*, No. 17 Civ. 6350 (PKC), 2020 WL 1643781, at *15 (E.D.N.Y. Apr. 2, 2020). Thus, while Morillo may of course proceed *pro se* in this action if she so chooses, should Two Marias Pizza Inc. and 51 Columbia Pizza Inc. wish to defend themselves in this action, they must retain a licensed attorney to appear on their behalf in this case.

The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Defendant Maria Morillo and note service on the docket.

SO ORDERED.

Dated: March 24, 2022
       New York, New York

                                              JOHN P. CRONAN
                                       United States District Judge