UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
CELSO NICOLAS MARCIALE,                                           :
                                                                  :
                    Plaintiff,                                    :       21 Civ. 10964 (JPC)
                                                                  :
         -v-                                                  :       ORDER REQUESTING
                                                                  :       APPOINTMENT OF
TWO MARIAS PIZZA INC. *et al.*,                                   :       PRO BONO COUNSEL
                                                                  :       FOR MEDIATION
                    Defendants.                                   :
                                                                  :
------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On April 11, 2022, the Court referred this case for mediation to the Court-annexed Mediation Program. Dkt. 40. The docket reflects that a mediator has been assigned and the mediation conference is scheduled for June 9, 2022, at 10:00 a.m. It is hereby ORDERED that the Clerk of Court shall try to locate *pro bono* counsel to represent Defendants at the mediation.

      It is further ORDERED that the mediation conference currently scheduled for June 9, 2022 be adjourned until the earlier of July 11, 2022 or when *pro bono* counsel has filed a Notice of Limited Appearance of Pro Bono Counsel. Any *pro bono* counsel located pursuant to this Order will represent Defendants solely for purposes of the mediation, and that representation will terminate at the conclusion of the mediation process.

      It is further ORDERED that any objection by Defendants to the appointment of *pro bono* counsel to represent Defendants in the mediation must be filed within 14 days of this Order. The

Clerk of Court is respectfully directed to mail a copy of this order to *pro se* Defendants and to note service on the docket.

    SO ORDERED.

Dated: May 6, 2022  
       New York, New York

                                    JOHN P. CRONAN  
                              United States District Judge