UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                  :

CELSO NICOLAS MARCIALE,                           :

                              Plaintiff,                           :
                                                                  :          21 Civ. 10964 (JPC)
                          -v-                                    :
                                                                  :                ORDER

TWO MARIAS PIZZA INC. *et al.*,                      :

                              Defendants.                     :
                                                                  :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On August 19, 2022, Plaintiff Marciale filed a First Amended Complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).  *See* Dkt. 46.  The deadline for Defendants Two Marias Pizza Inc., 51 Columbia Pizza Inc., Maria Morillo, Leobardo Maria, and Eric Doe (the "Original Defendants") to respond was September 2, 2022.  *See* Fed R. of Civ. P. 15(a)(3).  To date, the docket does not reflect a response to Plaintiff's First Amended Complaint from the Original Defendants; nor have the Original Defendants requested an extension of time to respond.  Accordingly, the Court will grant *sua sponte* an extension of time to the Original Defendants to respond to Plaintiff's First Amended Complaint.  The Original Defendants shall respond to Plaintiff's First Amended Complaint by September 19, 2022.

      In addition, the docket does not reflect that Plaintiff has sought issuance of summons for the two newly joined Defendants, Makavely Pizza, Inc. and Ana Cristal Alvarez.  Plaintiff is directed to request issuance of summons and serve Defendants Makalevy Pizza, Inc. and Ana Cristal Alvarez by September 19, 2022.

      SO ORDERED.

Dated: September 12, 2022
       New York, New York
                                               JOHN P. CRONAN
                                               United States District Judge