UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CELSO NICOLAS MARCIALE,                                                :
:
                         Plaintiff,                                 :
:    21 Civ. 10864 (JPC)
    -v-                                                     :
:            ORDER
TWO MARIAS PIZZA INC., *et al.*,                                       :
:
                         Defendants.                             :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      On September 20, 2022, the Court adjourned all deadlines pending mediation and ordered the parties to submit a joint status letter by November 30, 2022. Dkt. 57. That deadline has passed, and the docket does not reflect a status letter from the parties. However, the Court has received notification that mediation was unsuccessful. *See* Dkt. 59. Accordingly, Defendants must respond to the Complaint by December 22, 2022.

      SO ORDERED.

Dated: December 9, 2022
       New York, New York                                  JOHN P. CRONAN
                                                           United States District Judge