```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CELSO NICOLAS MARCIALE,                                                :
                                                                       :
                                Plaintiff,                             :
                                                                       :   21 Civ. 10964 (JPC)
             -v-                                                       :
                                                                       :         ORDER
TWO MARIAS PIZZA INC., et al.,                                         :
                                                                       :
                                Defendants.                            :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

     On December 9, 2022, the Court ordered all Defendants to respond to the Complaint by December 22, 2022. Dkt. 60. That deadline has passed, and the docket does not reflect a response from any of the Defendants. Accordingly, the court extends *sua sponte* Defendants' deadline to respond to the Complaint to January 6, 2023. If Defendants once again fail to respond to the Complaint by their deadline to do so, Plaintiff shall seek a certificate of default as to each Defendant by January 13, 2023.

     SO ORDERED.

Dated: December 27, 2022  
       New York, New York  
                                                   JOHN P. CRONAN  
                                                   United States District Judge