UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CELSO NICOLAS MARCIALE                                  :

                Plaintiff,                    :        ORDER

    -v.-                                                       :
                                      21 Civ. 10964 (JPC) (GWG)
TWO MARIAS PIZZA INC. et al.,                          :

               Defendants.                  :
------------------------------------------------------------------X
**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

       The pending motions for an extension (Docket ## 63, 65, and 67) shall be deemed a response to the Complaint for purposes of the deadline set in Docket # 61 pending further order of the Court.  If plaintiff is opposing the motions for an extension, he shall file his response on or before January 17, 2023.

       SO ORDERED.

Dated: January 10, 2023
      New York, New York

                                        _____
                                 GABRIEL W. GORENSTEIN
                               United States Magistrate Judge