**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X

CELSO NICOLAS MARICALE,

                                    Plaintiff,                    **ORDER**

                    -against-                                **21 Civ. 10964 (JPC) (GS)**

TWO MARIAS PIZZA INC., et al.,

                                    Defendants.
---------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On April 12, 2023, Magistrate Judge Gorenstein issued a Scheduling Order in this matter. (Dkt. No. 81). The Scheduling Order provided for discovery to be completed by August 11, 2023 and for any motions for summary judgment to be submitted to Judge Cronan by August 25, 2023. In the absence of any such motion, the parties were directed to file pretrial order materials in accordance with Judge Cronan's Individual Practices by September 8, 2023. On September 5, 2023, Judge Gorenstein extended these deadlines by sixty days, such that discovery was to be completed by October 10, 2023, any summary judgment motions were due by October 24, 2023, and pretrial order materials are due by November 7, 2023. (Dkt. No. 85).

The Court notes that the parties did not file any summary judgment motions by October 25, 2023, nor have they made any requests for extensions of time since the September 5, 2023 Order. Thus, the Court hereby reminds the parties of their obligation to submit pretrial order materials to Judge Cronan by November 7, 2023, pursuant to the Scheduling Order as modified. (*See* Dkt Nos. 81, 85). The parties are further directed to consult Part 7 of Judge Cronan's Individual Practices regarding pretrial procedures in civil cases.

**SO ORDERED.**

DATED:      New York, New York
            November 6, 2023

                                    _____
                                    GARY STEIN
                                    United States Magistrate Judge