# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

November 6th, 2023

Honorable John P. Cronan
United States District Judge
Thurgood Marshall
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re: Nicolas Marciale v. Two Marias Pizza Inc. Et al. 21-cv-10964 (JPC)

Your Honor,

I write along with Defendants to request a modest extension of one week to file the JPTO and pre-trial documents until November 13, 2023. I have spoken with Defendant Alvarez, the daughter of the other two Defendants, and they have agreed to an extension.

The Defendants are pro se and very unclear about what is expected of them. As a fair player, the undersigned is taking the lead on drafting the requisite documents and is happy to provide the Defendants will as much time as they need to review them and/or comment on them.

The undersigned has also offered to the Defendants the option of requesting a settlement conference with the Court – in person if the Court would be so inclined – and the Defendants are going to think about this option during the week and get back to me with their response.

**APPLICATION GRANTED**

Hon. Gary Stein, U.S.M.J.
November 7, 2023

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*