# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street
Suite 308
Astoria, NY 11106

**MEMO ENDORSED**

Telephone: (347) 687-2019
cmulhollandesq@gmail.com

November 13, 2023

Honorable John P. Cronan
United States District Judge
Thurgood Marshall
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Nicolas Marciale v. Two Marias Pizza Inc. Et al. 21-cv-10964 (JPC)

Your Honor,

I write along with Defendants to request another one-week extension of the JTPO deadline. The Defendants have all the pre-trial documents that Plaintiff has drafted however the Defendants are working with NYLAG to prepare a response and/or proposed edits. The Defendants, who are pro se, indicated that needed another week to send me their responses.

The undersigned understands there is not a mutual request for a settlement conference at this time.

Application Granted. The parties' deadline to file joint pre-trial order materials is extended to November 20, 2023.

SO ORDERED.
Dated: November 13, 2023

*Gary Stein*
Gary Stein
United States Magistrate Judge
Southern District of New York

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*