UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                                   :
CELSO NICOLAS MARCIALE,                    :

                            Plaintiff,                         :

                        -v-                                  :             21 Civ. 10964 (JPC)

                                                   :                     <u>ORDER</u>

TWO MARIAS PIZZA INC. *et al.*,                   :

                          Defendants.                   :

---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The parties shall appear before the undersigned for a telephonic status conference on November 29, 2023, at 3:00 p.m. by calling (866) 434-5269, access code 9176261. The parties should be prepared to discuss the contents of their joint pretrial submissions, due to the Court by November 20, 2023, *see* Dkt. 90, and any next steps in the litigation, including available trial dates.

SO ORDERED.

Dated: November 15, 2023
           New York, New York                                      JOHN P. CRONAN
                                                           United States District Judge