# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  Telephone: (347) 687-2019
Suite 308.  cmulhollandesq@gmail.com
Astoria, NY 11106

January 18, 2024

Honorable John P. Cronan
United States District Judge
Thurgood Marshall
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: Nicolas Marciale v. Two Marias Pizza Inc. Et al. 21-cv-10964 (JPC)

Your Honor,

The parties have draft settlement documents in circulation and are very close to a final draft. The parties also have to discuss some of the details in executing Cheeks motion in light of the pro se positions of the Defendants.

If the Court would permit an additional 30 days for the parties to resolve these final details, Plaintiff would anticipate submitting a Cheeks motion on or before February 16, 2024.

*/s/Colin Mulholland, Esq.*
Colin Mulholland, Esq.
36-36 33rd Street, Suite 308
Astoria, New York 11106
Telephone: (347) 687-2019
*Attorney for Plaintiff*

The request is granted. The parties may file their anticipated *Cheeks* motion by February 16, 2024.

SO ORDERED.
January 19, 2024
New York, New York

_____
JOHN P. CRONAN
United States District Judge