# Law Offices of Colin Mulholland

Employment and Civil Litigation

MEMO ENDORSED

36-36 33rd Street  
Suite 308.  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

February 16, 2024

Honorable John P. Cronan  
United States District Judge  
Thurgood Marshall  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: Nicolas Marciale v. Two Marias Pizza Inc. Et al. 21-cv-10964 (JPC)

Your Honor,

The parties have a final copy of execution. Defendants have apparently executed their copy but have yet to convey it to their attorney. They will be providing it very soon and Plaintiff is ready to execute as well.

If the Court would permit an additional 14 days for the parties to secure executed copies, Plaintiff would anticipate submitting a Cheeks motion on or before March 1, 2024.

/s/Colin Mulholland, Esq.  
Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*

Application Granted. The Clerk of Court is directed to terminate the motion at ECF No. 95.

Date: February 20, 2024  
New York, New York

**APPLICATION GRANTED**

_____  
Hon. Gary Stein, U.S.M.J.