# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

March 1, 2024

Honorable Peggy Kuo  
United States Magistrate Judge  
225 Cadman Plaza East  
Brooklyn, NY 11201

Re: Shabani v. Oakwood North And South Owners Corp. et al. 23-cv-1139 (LDH - PK)

Your Honor,

The parties jointly request leave to submit their settlement agreement on or before March 11, 2024.

The parties have been working with extreme diligence to finalize the agreement and secure execution. We have a proposed final copy and we are trying to schedule execution of the agreement to occur concurrently with the Plaintiff's vacatur of his apartment next week. The Plaintiff currently resides in the building where he worked for the Defendants. The parties anticipate resolving all of their issues with this agreement and thus vacating the apartment has been a critical aspect of securing execution.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.

The Court assumes the parties meant to direct this request to the undersigned and to refer to *Nicolas Marciale v. Two Marias Pizza, Inc.*, 21 Civ. 10964, in the subject line. The request is granted. The parties may file their *Cheeks* submission by March 11, 2024.

SO ORDERED.  
March 4, 2024  
New York, New York

JOHN P. CRONAN  
United States District Judge