# Law Offices of Colin Mulholland

Employment and Civil Litigation

36-36 33rd Street  
Suite 308.  
Astoria, NY 11106

Telephone: (347) 687-2019  
cmulhollandesq@gmail.com

March 11, 2024

Honorable John P. Cronan  
United States District Judge  
Thurgood Marshall  
United States Courthouse  
500 Pearl Street  
New York, NY 10007

Re: Nicolas Marciale v. Two Marias Pizza Inc. Et al. 21-cv-10964 (JPC)

Your Honor,

The parties have a final copy that is 95% executed. Part of the agreement is that the Defendants are to provide executed Confessions of Judgment. One of the Defendants executed her Confession of Judgment improperly.

The parties would respectfully request an additional two weeks to obtain a properly executed Confessions of Judgment and then to file the Cheeks motion for review.

/s/Colin Mulholland, Esq.  
Colin Mulholland, Esq.  
36-36 33rd Street, Suite 308  
Astoria, New York 11106  
Telephone: (347) 687-2019  
*Attorney for Plaintiff*

---

The request is approved. The parties' *Cheeks* motion is due no later than Monday, March 25, 2024. SO ORDERED.

Date: March 12, 2024  
New York, New York

APPLICATION GRANTED

_____  
Hon. Gary Stein, U.S.M.J.