UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                        :
CELSO NICOLAS MARCIALE,                                 :
                                                        :
                              Plaintiff,                :
                                                        :              21 Civ. 10964 (JPC)
        -v-                                              :
                                                        :                     ORDER
TWO MARIAS PIZZA INC. *et al.*,                         :
                                                        :
                              Defendants.               :
                                                        :
------------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On February 27, 2026, the Court ordered Defendnats to respond by March 13, 2026, to

Plaintiff's request for the Court to enter judgment for breach of the settlement agreement.  Dkt. 106.

That deadline has now passed, and the docket does not reflect a response from Defendants.  The

Court extends *sua sponte* Defendants' deadline to respond until April 1, 2026.

        SO ORDERED.

Dated: March 19, 2026
        New York, New York                      _____
                                                         JOHN P. CRONAN
                                                   United States District Judge