UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
                                                                   :
CELSO NICOLAS MARCIALE,                                            :
                                                                   :
                              Plaintiff,                           :
                                                                   :           21 Civ. 10964 (JPC)
        -v-                                                        :
                                                                   :                 ORDER
TWO MARIAS PIZZA INC. *et al.*,                                    :
                                                                   :
                              Defendants.                          :
                                                                   :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

All parties are ordered to appear before the undersigned for a Webex conference on April 17, 2026, at 2:30 p.m., to discuss Plaintiff's motion for the Court to enter judgment due to Defendants' breach of the settlement agreement. *See* Dkt. 104. At the scheduled time, all parties should call (855) 244-8681, access code 2302 755 2307.

        SO ORDERED.

Dated: April 3, 2026
       New York, New York                         _____
                                                          JOHN P. CRONAN
                                                     United States District Judge