**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 CELSO NICOLAS MARCIALE,

                       Plaintiff,

      -against-                                       21 **CIVIL** 10964 (JPC)

                                                **JUDGMENT**

TWO MARIAS PIZZA INC. et al.,

                       Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons
stated in the Court's Order dated May 5, 2026, Plaintiff's motion to enforce the settlement
agreement is granted. Judgment is entered in favor of Plaintiff in the amount of $34,125. That
judgment amount of $34,125 reflects the difference between the amount owed by Defendants
given their default under the settlement agreement ($37,500) minus the amount paid by
Defendants thus far ($3,375).

**Dated:** New York, New York

     May 7, 2026

                                **TAMMI M. HELLWIG**

                                      **Clerk of Court**

                 **BY:**             K. Mango

                                    **Deputy Clerk**